**UNITED STATES of America,
Plaintiff–Appellee**

**v.**

**Mario Mora GUTIERREZ, also known
as Gilberto G. Mora, also known as
Gregorio Lopez Mora, also known as
Gilberto Gutierrez Mora, also known
as Mario Gutierrez Mora, also known
as Mario G. Mora, Defendant–Appellant.**

No. 11–20113
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 2011.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Sarah Beth Landau, Molly Estelle Odom, Esq., Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Mario Mora Gutierrez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v.*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*Flores*, 632 F.3d 229 (5th Cir.2011). Mora Gutierrez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mora Gutierrez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Mora Gutierrez's request for the appointment of new counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.